1  Laurie M. Charrington (State Bar No. 229679)
   lmcharrington@jonesday.com
2  JONES DAY
   1755 Embarcadero Road
3  Palo Alto, CA 94303
   Telephone:     (650) 739-3939
4  Facsimile:     (650) 739-3900

5  Attorneys for Plaintiff
   THE ROYAL BANK OF SCOTLAND GROUP PLC

6

7

8                 UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 THE ROYAL BANK OF SCOTLAND          Case No. 2:09-CV-02281-JAM-GGH
   GROUP PLC,
12                                      **ORDER**
              Plaintiff,
13
        v.
14
   R.B.S. GROUP, INC. D/B/A RBS GROUP,
15 INC., BRETT REED, RONALD A. CUTLER
   AND STEVEN A. HENSHAW,
16
              Defendants.
17

18        IT IS HEREBY ORDERED THAT plaintiff's Consent Motion for Extension of Time to

19 File Joint Status Report is granted.  The deadline for the parties to file a joint status report as

20 prescribed in Paragraph 4 of the Court's August 19, 2009 Order Requiring Joint Status Report is

21 extended for thirty (30) days from November 16, 2009 up to and including December 16, 2009.

22

23

24 Dated:  November 16, 2009                     /s/ John A. Mendez
                                                Honorable John A. Mendez
25                                              United States District Judge

26

27

28

NYI-4228533v1                                   [PROPOSED] ORDER
                                                Case No. 2:09-CV-02281-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com